UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT D. JONES, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 3:19-CV-398-TAV-DCP |
| BRANDON STRYKER and<br>PHILIP M. JINKS, | ) |
|     Defendants. | ) |

## **ORDER**

This civil case is currently stayed pending the conclusion of related state criminal proceedings against plaintiff [Doc. 27]. In its order staying the case, the Court ordered the parties to file periodic reports updating the Court on the status of the criminal proceedings [*Id.*]. Before the Court are the parties' Status Reports [Docs. 28, 29], in which the parties state that the related state criminal case has concluded.

Because the related state criminal case has concluded, the Court finds that the stay in effect is no longer required. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter.

    IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
