UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT D. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CV-398-TAV-DCP ) |
| BRANDON STRYKER, | ) ) |
| Defendant. | ) ) |

## **ORDER**

For the reasons set forth in the Court's memorandum opinion, filed contemporaneously with this Order, plaintiff's claims against the only remaining defendant, Officer Brandon Stryker, are hereby **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT